Filed          22-CI-01073     09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073   09/27/2022    /s/Brandi Duvall, Warren Circuit Clerk

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION ____
CIVIL ACTION NO.: 22-CI-____
*Electronically Filed*

KOREY GILSTRAP                                                                    PLAINTIFF

v.

PAUL C. BARRENTINE
   Serve: Paul C. Barrentine
       10 Parker Lane
       Milan, TN 38358

<u>Serve via certified mail</u>

and

JORDAN CARRIERS INC.                                                     DEFENDANTS
   Serve: Charles Kenneth Jordan, Jr.
       170 Highway 61 S
       Natchez, MS 39121

<u>Serve via certified mail</u>

---

## COMPLAINT

---

The Plaintiff, Korey Gilstrap, for her Complaint against the Defendants, Paul C. Barrentine and Jordan Carriers Inc., state as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Korey Gilstrap, is a citizen and resident of the Commonwealth of Kentucky, residing at 498 Hadley Loop Road, Bowling Green, Kentucky 42101.

2. At all relevant times, Paul C. Barrentine ("Defendant Barrentine"), was a citizen and resident of the State of Tennessee, residing at 10 Parker Lane, Milan, Tennessee 38358 and can receive via certified mail at this address.

Filed          22-CI-01073     09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073   09/27/2022    /s/Brandi Duvall, Warren Circuit Clerk

EXHIBIT A - COLLECTIVE

Filed             22-CI-01073     09/27/2022        Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073     09/27/2022        /s/Brandi Duvall, Warren Circuit Clerk

3.  At all relevant times, Defendant, Jordan Carriers Inc., ("Defendant Jordan Carriers Inc."), is a Mississippi corporation incorporated under the laws of the State of Mississippi, with its principal place of business located at 170 Highway 61 South, Natchez, Mississippi 39121.

4.  Defendant Jordan Carriers Inc. has designated Charles Kenneth Jordan, Jr. as its registered agent of process, who can receive service 170 Highway 61 South, Natchez, Mississippi 39121.

5.  At all relevant times, Defendant Barrentine was the employee, agent, servant, and/or statutory employee for Defendant Jordan Carriers Inc., operating for the benefit of, in furtherance of the interests of and/or within the course and scope of his employment with Defendant Jordan Carriers Inc. Accordingly, Defendant Jordan Carriers Inc. is vicariously liable for the acts of Defendant Barrentine.

6.  The amount in controversy exceeds $75,000.

7.  Venue in Warren Circuit Court is appropriate because the collision giving rise to this lawsuit occurred in Bowling Green, Warren County, Kentucky on December 9, 2021.

### COUNT I – COMMON LAW NEGLIGENCE
### AGAINST DEFENDANTS BARRENTINE & JORDAN CARRIERS INC.

8.  On or about December 9, 2021, in Bowling Green, Warren County, Kentucky, Defendant Barrentine was operating a 2019 Volvo VNL and traveling north on Nashville Road and the US-31W Bypass.

9.  The 2019 Volvo VNL was operated by Defendant Barrentine on behalf of his employer, Defendant Jordan Carriers Inc.

10. As Defendant Barrentine was traveling north on Nashville Road and the US-31W Bypass, he recklessly caused the 2019 Volvo VNL to collide with a 2013 Kia Sportage, which was operated by Plaintiff Korey Gilstrap.

Filed             22-CI-01073     09/27/2022        Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073     09/27/2022        /s/Brandi Duvall, Warren Circuit Clerk

Filed          22-CI-01073      09/27/2022      Brandi Duvall, Warren Circuit Clerk
A true copy attest   22-CI-01073   09/27/2022   /s/Brandi Duvall, Warren Circuit Clerk

11. Defendant Barrentine operated the 2019 Volvo VNL in a negligent, careless, and reckless manner, causing serious injuries to Plaintiff, for which Defendant Jordan Carriers Inc. is vicariously liable.

12. As a direct and proximate result of the gross negligence and carelessness of Defendants Barrentine and Jordan Carriers Inc., the Plaintiff, Korey Gilstrap, sustained serious and permanent injuries to her body, causing her to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

13. Plaintiff, Korey Gilstrap, will continue to suffer such damages in the future, as her injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of her injuries.

## COUNT II – NEGLIGENCE *PER SE*
## AGAINST DEFENDANTS BARRENTINE & JORDAN CARRIERS INC.

14. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

15. Defendant Barrentine violated state and federal statutes and regulations, including but not limited to KRS 189.290, 601 KAR 1:005, and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which Defendant Jordan Carriers Inc. is vicariously liable.

16. The injuries sustained by Plaintiff are of the type which these statutes seek to prevent and that such injuries were proximately caused by Defendant Barrentine's violation of these statutes, for which Defendant Jordan Carriers Inc. is vicariously liable.

3

Filed          22-CI-01073      09/27/2022      Brandi Duvall, Warren Circuit Clerk
A true copy attest   22-CI-01073   09/27/2022   /s/Brandi Duvall, Warren Circuit Clerk

Filed          22-CI-01073     09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest   22-CI-01073   09/27/2022    /s/Brandi Duvall, Warren Circuit Clerk

17. As a direct and proximate result of the gross negligence and negligence *per se* of Defendants Barrentine and Jordan Carriers Inc., the Plaintiff, Korey Gilsrap, sustained serious and permanent injuries to her body, causing her to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life and impairment of earning capacity.

18. Plaintiff, Korey Gilstrap, will continue to suffer such damages in the future, as her injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of her injuries.

### COUNT III – NEGLIGENT HIRING, TRAINING, SUPERVISING AND ENTRUSTMENT AGAINST DEFENDANT JORDAN CARRIERS INC.

19. Plaintiff adopts and reiterates each and every allegation above, as if set out fully in this paragraph.

20. Defendant Jordan Carriers Inc. had a duty to act reasonably in hiring, instructing, training, supervising, and retaining its drivers and other employees and agents, including Defendant Barrentine, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

21. Defendant Jordan Carriers Inc. had a duty to exercise reasonable care in entrusting its vehicles and equipment to responsible, competent, and qualified drivers.

22. Defendant Jordan Carriers Inc. was negligent, careless, and reckless with regard to the duties set forth above, causing serious injury to Plaintiff, for which it is directly liable.

23. Defendant Jordan Carriers Inc. violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Plaintiff, and constitutes negligence *per se* pursuant to KRS 446.070 and Kentucky case law, for which it is directly liable.

Filed          22-CI-01073     09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest   22-CI-01073   09/27/2022    /s/Brandi Duvall, Warren Circuit Clerk

Filed     22-CI-01073    09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073    09/27/2022     /s/Brandi Duvall, Warren Circuit Clerk

24. As a direct and proximate result of the negligence, carelessness, and recklessness of Defendant Jordan Carriers Inc., the Plaintiff, Korey Gilstrap, sustained serious and permanent injuries to her body, causing her to incur bills and charges for physicians and medical expenses in treatment, great physical and mental pain and anguish, the loss of enjoyment of life, and impairment of earning capacity.

25. Plaintiff, Korey Gilstrap, will continue to suffer such damages in the future, as her injuries are permanent in nature, and are at increased likelihood of future complications due to the severity and permanent nature of his injuries.

**WHEREFORE**, Plaintiff, Korey Gilstrap, demands judgment against Defendants Barrentine and Jordan Carriers Inc. as follows:

A. A trial by jury on all issues of fact herein;

B. For actual, special, punitive, and compensatory damages permitted by law, in an amount greater than the jurisdictional minimum of this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

Filed     22-CI-01073    09/27/2022     Brandi Duvall, Warren Circuit Clerk
A true copy attest    22-CI-01073    09/27/2022     /s/Brandi Duvall, Warren Circuit Clerk

Filed          22-CI-01073      09/27/2022      Brandi Duvall, Warren Circuit Clerk
A true copy attest      22-CI-01073      09/27/2022      /s/Brandi Duvall, Warren Circuit Clerk

The parties notified are as follows:

BlueCross BlueShield
Benefit Recovery
P.O. Box 172207
Memphis, TN 38187

Humana Healthy Horizons in Kentucky
P.O. Box 14601
Lexington, KY 40512

RESPECTFULLY submitted this 27th day of September 2022.

/s/ Adrian Mendiondo
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Telephone: (859) 469-7954
Facsimile: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiff*

Filed          22-CI-01073      09/27/2022      Brandi Duvall, Warren Circuit Clerk
A true copy attest      22-CI-01073      09/27/2022      /s/Brandi Duvall, Warren Circuit Clerk

Presiding Judge: HON. STEVE WILSON (608214)
Package : 000008 of 000027

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **22-CI-01073**<br>Court: **CIRCUIT**<br>County: **WARREN** |

Plantiff, GILSTRAP, KOREY VS. BARRENTINE, PAUL C. ET AL, Defendant

TO: **CHARLES KENNETH JORDAN JR**
   **170 HWY 61 S**
   **NATCHEZ, MS 39121**

Memo: Related party is JORDAN CARRIERS INC.

RECEIVED
OCT 0 5 2022
SECRETARY OF STATE

The Commonwealth of Kentucky to Defendant:
**JORDAN CARRIERS INC.**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Brandi Duvall, Warren
Circuit Clerk
Date: **9/27/2022**

Package:000002 of 000027
Presiding Judge: HON. STEVE WILSON (608214)

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 ____

Served By _____

Title _____

Summons ID: 508681434520848@00000403243
CIRCUIT: 22-CI-01073 Long Arm Statute -- Secretary of State
GILSTRAP, KOREY VS. BARRENTINE, PAUL C. ET AL



Page 1 of 1

eFiled

Package : 000002 of 000027

| | | |
|---|---|---|
| AOC-E-105  Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | NOT ORIGINAL DOCUMENT<br>10/26/2022<br>CRISTIN@BAKERDONELSON.COM<br>Case #: **22-CI-01073**<br>Court: **CIRCUIT**<br>County: **WARREN** |

*Plantiff,* **GILSTRAP, KOREY VS. BARRENTINE, PAUL C. ET AL**, *Defendant*

TO:   **PAUL C. BARRENTINE**
      **10 PARKER LANE**
      **MILAN, TN 38358**

The Commonwealth of Kentucky to Defendant:

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                        /s/ Brandi Duvall, Warren
                                        Circuit Clerk
                                        Date: **9/27/2022**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 ____        _____
                                      Served By
                                     _____
                                      Title

Summons ID: @00000403242
CIRCUIT: 22-CI-01073 Long Arm Statute – SOS - Restricted Delivery
GILSTRAP, KOREY VS. BARRENTINE, PAUL C. ET AL



Page 1 of 1

Presiding Judge: HON. STEVE WILSON (608214)
CI : 000001 of 000001

eFiled